MICHAEL MEEHAN, Appellant, *v.* WILLIAM B. MOREWOOD et al., Respondents.

(Argued April 22, 1891; decided May 8, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 25, 1889, which affirmed a judgment in favor of defendant dismissing the complaint on trial at Circuit.

*William McArthur* for appellant.

*George A. Strong* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.